HMK/mb FS 7874A,B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
COUTINHO & FERROSTAAL, INC. formerly
known as MAN FERROSTAAL, INC.

                              Plaintiff,        08 CIV 5837 (PAC)(GWG)
                                                ECF CASE

        -against-

M/V JIN PING, her engines, boilers,             **RULE 7.1 STATEMENT**
tackle, etc., JINPING MARINE INC.,
GOLDBEAM INTERNATIONAL LTD.,
CARGO-LEVANT SCHIFFAHRTSGES MBH,
COMBINED ATLANTIC CARRIERS
(COMBAC

                              Defendants.
----------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS

GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: June 26, 2008

                              KINGSLEY, KINGSLEY & CALKINS
                              Attorneys for Plaintiff


                              BY:___/S/_____
                                HAROLD M. KINGSLEY
                                91 W. Cherry Street
                                Hicksville, New York 11801
                                (516) 931-0064