UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

COUTINHO & FERROSTAAL INC. formerly
known as MAN FERROSTAAL, INC.

       Plaintiff,

-V-

M/V JIN PING, her engines, boilers,
tackle, etc., JINPING MARINE INC.,
GOLDBEAM INTERNATIONAL LTD.,
CARGO-LEVANT SCHIFFAHRTSGES
MBH, COMBINED ATLANTIC CARRIERS
(COMBAC)

       Defendants.

**CERTIFICATE OF MAILING**

08 CV 5837 (PAC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**9rd day of July, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**27rd day of June, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 293 267 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 30, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: COUTINHO & FERROSTAAL, INC.
v. M/V JIN PING, *et al.*
08 CIV 5837 (PAC)
Our Ref: FS 7874A

Sir:

Please serve the enclosed Summons and Complaint on the following defendant by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)(c) (ii):

Very truly yours,

[signature]

---

**Receipt for Registered Mail** (PS Form 3806, June 2002)

Registered No. RR596297267US

Reg. Fee: $10.80
Handling Charge: $0.00
Postage: $1.74
Return Receipt: $2.20
Restricted Delivery: $0.00
Date Stamp: 07/09/08

Received by: MC

Customer Must Declare Full Value: $0.00
Without Postal Insurance [X]

FROM:
KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
FS7874A

TO:
COMBINED ATLANTIC CARRIERS
ALTENWALL 25
D-28195 Bremen
GERMANY